UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
L.M                                                          :

                         Plaintiff,          :          <u>ORDER</u>

          -v.-                               :
                                                        22 Civ. 1216 (ALC) (GWG)
NEW YORK CITY DEPARTMENT OF                  :
EDUCATION et al.,
                                             :
                         Defendants.
-------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

          On or before October 13, 2022, the parties are directed to file a joint letter indicating their proposal
for any scheduling order or other pretrial orders to be issued in this case.  If the parties wish to be referred
to the Court's mediation program, they may so state in this letter as well.

          SO ORDERED.

Dated: October 6, 2022
          New York, New York



                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge