USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.M.,

        **Plaintiff,**

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION ET AL.

        **Defendant.**

22-cv-01216 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

SO ORDERED.

Dated:   May 4, 2023
           New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**